JOHNSON & JOHNSON, INC., A NEW JERSEY CORPO-
RATION *v.* G. E. M. SUNDRIES COMPANY, INC., A
NEVADA CORPORATION.

No. 4055.

ARGUED JANUARY 27, 1959.          DECIDED JANUARY 27, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* Defendant filed in this court an amended motion
for supersedeas asking the court to stay the enforcement of the
judgment in this action, pending the disposition of defendant's
appeal to the United States Court of Appeals for the Ninth Cir-
cuit, upon such terms as to bond or otherwise as it might consider
proper for the security of the rights of the adverse party.

After submission of briefs and oral argument by both parties,
the court is not convinced that the equities of the situation require
such a stay.

Motion denied.

*Robert G. Dodge* (*Heen, Kai & Dodge*) for appellee, for the
motion.

*J. Garner Anthony* (*Robertson, Castle & Anthony*) for appel-
lant, contra.